FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Jul 16, 2020

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY LOVELL and MELISSA LOVELL     PLAINTIFFS

vs.     Case No.    6:20CV6074 _____

JAMES ALBERT WARD III, PILOT TRAVEL
CENTERS, LLC and JOHN DOE     DEFENDANTS

## NOTICE OF REMOVAL

COMES Defendant, Pilot Travel Centers LLC, and for its Notice of Removal of this action pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 from the Circuit Court of Clark County, Arkansas, to United States District Court for the Western District of Arkansas, Hot Springs Division, states:

1. This action was commenced on July 1, 2020, when Plaintiffs filed their Complaint seeking damages in the Circuit Court of Clark County, Arkansas.

2. This action is pending in Clark County Circuit Court, Case No. 10CV-20-81, captioned as *Larry Lovell et al., v. Pilot Travel Centers LLC, et al.*

3. Plaintiffs purportedly served Pilot Travel Centers, LLC with a Summons and Complaint for Damages on or about July 13, 2020. No other party has been joined and served.

4. Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Pilot Travel Centers, LLC files this Notice of Removal of the state court civil action that is described below, based on diversity jurisdiction. 28 U.S.C. § 1332.

5. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) having been filed within thirty (30) days of Pilot Travel Centers, LLC's receipt of Summons and Complaint seeking damages against the defendants.

6. A copy of the Notice of Removal is being filed with the Circuit Court of Clark County in the underlying matter and a copy of the Notice of Removal is attached hereto as Exhibit A.

7. Copies of all pleadings and process filed in this action with the Clark County Circuit Court are attached hereto as Exhibit B.

8. In their Complaint, Plaintiffs assert an amount in controversy that exceeds $75,000, exclusive of interest and costs.

9. Plaintiffs are citizens of the State of Texas.

10. Pilot Travel Centers, LLC is a Delaware limited liability company with its principal place of business in Tennessee and is, therefore, a citizen of Tennessee. Co-defendant Ward is neither a citizen of Texas nor a citizen of Tennessee.

11. There is complete diversity of citizenship between Plaintiffs and Pilot Travel Centers, LLC, the only Defendant that is joined and served. This Court has jurisdiction over this civil action under 28 U.S.C. § 1332.

12. This Court is the appropriate Court for removal of this action under 28 U.S.C. § 1446(a).

13. The United Stated District Court for the Western District of Arkansas, Hot Springs Division, embraces Clark County, the county in which the state court action is now pending. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

14. The amount in controversy exceeds $75,000 exclusive of interest and costs.

15. Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for any improper purpose.

16. All procedural requisites for removal have been met. Accordingly, removal to the United States District Court under 28 U.S.C. § 1441 is proper and effective hereby.

WHEREFORE, Defendant, Pilot Travel Centers LLC, gives notice of removal of this action to this Court and respectfully requests that this Court grant Defendant all just and proper relief.

Respectfully submitted,

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR  72201
501-372-6175
888-412-3288 = fax

By:  /s/ J. Carter Fairley
     J. Carter Fairley #99068
     cfairley@barberlawfirm.com
     Adam D. Franks #2016124
     afranks@barberlawfirm.com
     ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby state that on this 15th day of July, 2020, I have electronically filed the foregoing with the Clerk of the Court and such filing shall be forwarded via email to all counsel of record herein:

Andrew M. Taylor, Esq.
Tasha C. Taylor, Esq.
Taylor & Taylor Law Firm
12921 Cantrell Road, Suite 205
Little Rock, AR  72223
andy@taylorlawfirm.com
tasha@taylorlawfirm.com

  /s/ J. Carter Fairley
  J. Carter Fairley