IN THE CIRCUIT COURT OF CLARK COUNTY, ARKANSAS
CIVIL DIVISION

LARRY LOVELL and MELISSA LOVELL                                              PLAINTIFFS

vs.                                    Case No. 10CV-20-81

JAMES ALBERT WARD III, PILOT TRAVEL
CENTERS, LLC and JOHN DOE                                                    DEFENDANTS

<u>NOTICE OF REMOVAL</u>

COMES Defendant, Pilot Travel Centers LLC, and for its Notice of Removal of this action from the Circuit Court of Clark County, Arkansas, to United States District Court for the Western District of Arkansas, Western Division, states:

1. This action was commenced on July 1, 2020, when Plaintiffs filed their Complaint seeking damages in the Circuit Court of Clark County, Arkansas.

2. This action is pending in Clark County Circuit Court, Case No. 10CV-20-81, captioned as *Larry Lovell et al., v. Pilot Travel Centers LLC, et al.*

3. Plaintiffs purportedly served Pilot Travel Centers, LLC with a Summons and Complaint for Damages on or about July 13, 2020. No other party has been joined and served.

4. Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant files this Notice of Removal of the state court civil action that is described below, based on diversity jurisdiction. 28 U.S.C. § 1332.

**EXHIBIT A**

5.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) having been filed within thirty (30) days of Pilot Travel Centers, LLC' receipt of Summons and Complaint for Damages.

6.      Plaintiffs are citizens of the State of Texas.

7.      Pilot Travel Centers, LLC is a Delaware limited liability company with its principal place of business in Tennessee and is, therefore, a citizen of Tennessee.  Co-defendant Ward is neither a citizen of Texas nor a citizen of Tennessee.

8.      There is complete diversity of citizenship between Plaintiffs and Pilot Travel Centers, LLC, the only defendant that is joined and served.  The amount in controversy exceeds $75,000 exclusive of interest and costs.

9.      The United States District Court for the Western District of Arkansas, Hot Springs Division, is the appropriate court for removal of this action under 28 U.S.C. § 1446(a).

10.     Copies of all pleadings filed to date in the Circuit Court of Clark County, Arkansas, are attached to the Notice of Removal.

16.     All procedural requisites for removal have been met.  Accordingly, removal to the United States District Court under 28 U.S.C. § 1441 is proper and effective hereby.

WHEREFORE, Defendant, Pilot Travel Centers LLC, gives notice of removal of this action to the United States District Court and respectfully requests that this Court grant them all just and proper relief.

        Respectfully submitted,

        BARBER LAW FIRM PLLC
        425 W. Capitol Avenue, Suite 3400
        Little Rock, AR  72201
        501-372-6175
        888-412-3288 = fax

By:  /s/    J. Carter Fairley
        J. Carter Fairley #99068
        cfairley@barberlawfirm.com
        Adam D. Franks #2016124
        afranks@barberlawfirm.com
        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on the 15th day of July, 2020, using eFlex, the Arkansas Judiciary electronic filing system, with the Clerk of Court of Clark County Circuit Court, who shall send notification of such filing to the below counsel and, therefore, a true and correct copy of the foregoing will be served upon counsel of record:

Andrew M. Taylor
Tasha C. Taylor
Taylor & Taylor Law Firm
12921 Cantrell Road, Suite 205
Little Rock, AR  72223
andy@taylorlawfirm.com
tasha@taylorlawfirm.com


        /s/    J. Carter Fairley
        J. Carter Fairley

3