**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**LARRY LOVELL and**
**MELISSA LOVELL**                                                    **PLAINTIFFS**

**vs.**                            **CASE NO. 6:20-CV-06074-SOH**

**JAMES ALBERT WARD III,**
**PILOT TRAVEL CENTERS LLC, and**
**JOHN DOE**                                                         **DEFENDANTS**

**Joint Motion To Amend the Scheduling Order**

COME NOW the Plaintiffs, Larry Lovell and Melissa Lovell, by and through their attorneys, Andrew M. Taylor and Tasha C. Taylor of Taylor & Taylor Law Firm, P.A., and Defendants, James Albert Ward III and Pilot Travel Centers LLC, by and through their attorneys, J. Carter Fairley and Adam F. Franks of Barber Law Firm PLLC, collectively, the "Parties", and for their *Joint Motion To Amend the Scheduling Order*, state:

1.      Rule 16 of the Federal Rules of Civil Procedure provides that "[a] schedule may be modified only for good cause shown and with the Judge's consent." Fed. R. Civ. P. 16(b)(4).

2.      The Parties jointly request a modification of the scheduling order, and state the following as good cause.

3.      One of the issues in this case relates to whether the injuries claimed by Plaintiff Larry Lovell are related to the underlying accident.

4.      As a result, the parties need to take depositions of several doctors, most of whom have limited availability.

5.      In addition, because Plaintiff Larry Lovell lives in Texas, three of the proposed depositions will need to take place in the Dallas, Texas, and Longview, Texas areas of Texas.

6.      Due to the limited availability of these experts and the travel required, the Parties are requesting a modification to the discovery deadline.  The current discovery deadline is October 29, 2021. The parties are requesting that the discovery deadline be extended to November 29, 2021.

7.      In addition, based on this extension, the parties are requesting an extension of the dispositive motion deadline.  The dispositive motion deadline is currently November 30, 2021. The parties are requesting that this deadline be extended to December 21, 2021.

8.      The Parties are requesting these extensions in good faith, and submit that the reasons set forth herein constitute good cause for the extensions.

WHEREFORE, the Parties respectfully request that this Court modify the scheduling order such that the discovery deadline will be extended to November 29, 2021 and the dispositive motion deadline will be extended to December 21, 2021.

Respectfully submitted,

TAYLOR & TAYLOR LAW FIRM
12021 Cantrell Road, Suite 205
Little Rock, AR 72223
501-246-8004
501-246-8009 = fax

By:___/s/___*Andrew M. Taylor*_____
        Andrew M. Taylor, Esq. #2005147
        andy@taylorlawfirm.com
        Tasha C. Taylor, Esq. #2005148
        tasha@taylorlawfirm.com
        ATTORNEYS FOR PLAINTIFFS

and

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR  72201
501-372-6175
888-412-3288 = fax

By:     /s/       *J. Carter Fairley*
        J. Carter Fairley #99068
        cfairley@barberlawfirm.com
        Adam D. Franks #2016124
        afranks@barberlawfirm.com
        ATTORNEYS FOR DEFENDANTS

Respectfully submitted,
Larry Lovell, and Melissa Lovell,
*Plaintiffs*

BY:  */s/ Andrew M. Taylor*
        TAYLOR & TAYLOR LAW FIRM, P.A.
        Andrew M. Taylor, Ark. Bar No. 2005147
        Tasha C. Taylor, Ark. Bar No. 2005148
        12921 Cantrell Road, Suite 205
        Little Rock, AR 72223
        Phone: (501) 246-8004
        Fax:    (501) 246-8009
        Email:  Andy@TaylorLawFirm.com
               Tasha@TaylorLawFirm.com

        *Counsel for Plaintiffs*