IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY LOVELL and
ELISSA LOVALL                                                                                    PLAINTIFFS

v.                                          Case No. 6:20-cv-6074

JAMES ALBERT WARD II,
PILOT TRAVEL CENTERS LLC,
and JOHN DOE                                                                                     DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Amend Scheduling Order. ECF No. 27. The Court finds the matter ripe for consideration.

On March 11, 2021, the Court entered a Final Scheduling Order for this matter which set the trial date for February 28, 2022. ECF No. 26. The final scheduling order set the end of discovery for October 29, 2021, and set the dispositive motion deadline for November 30, 2021.

The parties request an extension of the discovery deadline and the dispositive motion deadline. The parties state that difficulties in scheduling key depositions necessitates the extension of the discovery deadline and a corresponding extension of the dispositive motion deadline. The parties request that the discovery deadline be extended from October 29, 2021, to November 29, 2021. The parties request that the dispositive motion deadline be extended from November 30, 2021, to December 21, 2021.

Extending the dispositive motion deadline to December 21, 2021 would set a new deadline of January 3, 2022, to respond to any such motion, and a new deadline of January 10, 2022, to reply to the latest potential response. Considering the rest of its docket, the Court does not view these potential new deadlines as leaving an adequate amount of time to properly address any issues raised by a dispositive motion and accompanying responses and replies submitted at the latest

allowable time.  The Court may grant an extension for less time if the parties find that a shorter extension is capable of giving them the time necessary to complete discovery.  Otherwise, the Court finds that it cannot accommodate the partes' requested extension of deadlines without also continuing the trial in this matter.

For the reasons stated above, the parties' Joint Motion to Amend Scheduling Order (ECF No. 27) is hereby **DENIED**.

**IT IS SO ORDERED**, this 19th day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge